KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Johnson &
Johnson and Ethicon Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH J. HITE and JAMES BARNHART, <br><br> Plaintiffs, <br> vs. <br><br> ETHICON INC.; ETHICON LLC; JOHNSON & JOHNSON; and BOSTON SCIENTIFIC CORPORATION, <br><br> Defendants. | Case No. 3:19-cv-00660-MMD-WGC <br><br> **ORDER GRANTING MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

Defendants Johnson & Johnson and Ethicon, Inc. request that the below named attorneys be removed from this case and CM/ECF System Service List and court docket in the above-entitled action:

| | |
|---|---|
| Christy D. Jones | christy.jones@butlersnow.com |
| Kari L. Sutherland | kari.sutherland@butlersnow.com |
| William M. Gage | william.gage@butlersnow.com |
| Eric M. Anielak | eanielak@shb.com |
| Jon A. Strongman | jstrongman@shb.com |
| Matthew D. Keenan | mkeenan@shb.com |
| Robert T. Adams | rtadams@shb.com |
| Melissa A. Merk | melissa.merk@dbr.com |
| Rebecca L. Trela | rebecca.trela@dbr.com |
| James H. Keale | jkeale@tktrial.com |
| Michael Bonasso | mbonasso@fsblaw.com |

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2480673_1

Page 1

1       These attorneys should be removed as counsel in this case and from the CM/ECF

2 System Service List because they previously participated when this case was pending in MDL

3 2327, *In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation* in the United States

4 District Court for the Southern District of West Virginia. Now that the MDL has remanded the

5 case, these attorneys are no longer associated with this case.

6                            KAEMPFER CROWELL

8                            Robert McCoy, No. 9121

                           Sihomara L. Graves, No. 13239

9                            1980 Festival Plaza Drive, Suite 650

                           Las Vegas, Nevada 89135

11                            Attorneys for Defendants Johnson &

                           Johnson and Ethicon Inc.

13 IT IS SO ORDERED.

14 DATED: January 2, 2020

15                            UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2480673_1

Page 2