UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO

| | |
|---|---|
| DEBORAH J. HITE and JAMES BARNHART, PLAINTIFFS, V. ETHICON, INC., ET AL., DEFENDANTS. | Civil Action No. 3:19-cv-00660-MMD-WGC |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

1.    Pursuant to Local Rule IA 11-6, the following attorneys from the law firm of Kline & Specter. P.C. respectfully requests an order permitting their withdrawal of counsel of record for the Plaintiffs in this action:

    Thomas R. Kline, Pennsylvania Bar No. 28895

    Priscilla E. Jimenez, Pennsylvania Bar No. 312403

2.    The following attorney from the law firm of Youman & Caputo, LLC also respectfully requests an order permitting their withdrawal of counsel of record for the Plaintiffs in this action:

    Michelle L. Tiger, Pennsylvania Bar No. 43872

3.    Lee B. Balefsky of Kline & Specter, P.C. located at 1525 Locust Street, Philadelphia, Pennsylvania, 19102, along with local counsel, is currently identified as counsel of record for Plaintiffs and will continue to serve as counsel for Plaintiffs in this action.

4.    The attorneys mentioned above provided notice to Plaintiffs and remaining counsel for Plaintiffs of their intention to withdraw.

5.    Plaintiffs and remaining counsel for Plaintiffs consent to their withdrawal.

6.    The attorneys mentioned above provided notice to Defense counsel of their intention to

withdraw.

7. Remaining counsel for Plaintiffs are aware of the dates of any scheduled proceedings and any such proceedings will not be affected by this withdrawal.

8. Any services of notices may be made upon Plaintiffs through their remaining counsel of record.

Respectfully submitted,

**KLINE & SPECTER, PC**

Dated: May 14, 2020  BY: /s/ Lee B. Balefsky
Lee B. Balefsky, Esquire/25231
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000
Lee.Balesky@klinespecter.com
*Attorneys for Plaintiff*

BY: /s/ Michelle L. Tiger
Michelle L. Tiger
YOUMAN & CAPUTO, LLC
3803 West Chester Pike, Suite 150
Newtown Square, PA 19073
(215) 302-1999
Mtiger@youmancaputo.com

IT IS SO ORDERED.

DATED: May 15, 2020.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE