KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BUTLER SNOW, LLP
Anita Modak-Truran
Admitted *Pro Hac Vice*
150 3rd Avenue South, Suite 1600
Nashville, TN 37204
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com

Attorneys for Defendants Johnson & Johnson and Ethicon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH J. HITE and JAMES BARNHART,<br><br>Plaintiffs,<br>vs.<br><br>ETHICON INC.; ETHICON LLC; JOHNSON & JOHNSON; and BOSTON SCIENTIFIC CORPORATION,<br><br>Defendants. | Case No. 3:19-cv-00660-MMD-WGC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION TO STAY PROCEEDINGS** |

1    Plaintiffs Deborah Hite and James Barnhart, and Defendants Johnson
2 & Johnson and Ethicon, Inc. (collectively the "parties") advise the Court that a
3 settlement in principal has been reached in this matter as part of a larger global
4 settlement in principle involving several hundred plaintiffs.
5    It will likely take several months before the settlement of this case
6 will be finalized.  The parties jointly stipulate and request that all deadlines and
7 other proceedings in this case be stayed for a period of 120-days, until Wednesday,
8 March 17, 2021 to allow time for the settlement to be concluded, at which point,
9 this case will be dismissed with prejudice.

The parties further stipulate to file a joint status report by Friday, March 12, 2021 to inform the Court on the status of the settlement. In the event the global settlement is not finalized, the parties will promptly inform the Court.

| | |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP | KAEMPFER CROWELL |
| /s/ Don Springmeyer | |
| Don Springmeyer, No. 1021<br>Bradley S. Schrager, No. 10217<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Lee B. Balefsky<br>Admitted *Pro Hac Vice*<br>KLINE & SPECTER<br>1525 Locust Street<br>The Nineteenth Floor<br>Philadelphia, Pennsylvania 19102 | Anita Modak-Truran<br>Admitted *Pro Hac Vice*<br>BUTLER SNOW LLP<br>150 3rd Avenue South, Suite 1600<br>Nashville, TN 37201 |
| Attorneys for Plaintiffs Deborah Hite and James Barnhart | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 17, 2020