| | |
|---|---|
| 1 | KAEMPFER CROWELL |
|   | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
|   | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
|   | Telephone:  (702) 792-7000 |
| 4 | Facsimile:  (702) 796-7181 |
|   | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |
| 6 | BUTLER SNOW, LLP |
|   | Anita Modak-Truran *(pro hac vice)* |
| 7 | 150 3rd Avenue South, Suite 1600 |
|   | Nashville, Tennessee 37204 |
| 8 | Telephone:  (615) 651-6751 |
|   | Facsimile:  (615) 651-6701 |
| 9 | Email: anita.modak-truran@butlersnow.com |
| 10 | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEBORAH J. HITE and JAMES BARNHART, | | Case No.  3:19-cv-00660-MMD-CSD |
| Plaintiffs, | | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | | |
| ETHICON INC.; ETHICON LLC; JOHNSON & JOHNSON; and BOSTON SCIENTIFIC CORPORATION; | | |
| Defendants. | | |

Plaintiffs Deborah J. Hite and James Barnhart and defendants Ethicon, Inc. and Johnson & Johnson jointly submit this Stipulation for Dismissal with Prejudice.

1  Plaintiffs have reached an agreement with Defendants to resolve this
2  action. Based on the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the
3  Parties respectfully request that the Court dismiss all pending claims in this case
4  with prejudice, with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP | KAEMPFER CROWELL |
| /s/ Daniel Bravo<br>Bradley S. Schrager, No. 10217<br>Daniel Bravo, No. 13078<br>3773 Howard Hughes Parkway<br>Suite 590 South<br>Las Vegas, Nevada 89146 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| KLINE & SPECTER<br>Lee B. Balefsky (*pro hac vice*)<br>1525 Locust Street<br>The Nineteenth Floor<br>Philadelphia, Pennsylvania 19102 | BUTLER SNOW LLP<br>Anita Modak-Truran (*pro hac vice*)<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| Attorneys for Plaintiffs Deborah Hite and James Barnhart | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/3/2023